IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY COVINGTON; BETHANY WALKER;
GARY ANDERSON; BELINDA WALKER;
and JAMES WALKER                                                    PLAINTIFFS

v.                              No. 2:13-cv-84-DPM

ULESS WALLACE, DALE ACOSTA,
TRAVIS WALLACE, and HERMAN HALL,
all individually and in their official capacities,
and HELENA REGIONAL MEDICAL CENTER        DEFENDANTS

ORDER

For the reasons stated at the hearing yesterday, Anderson's claims against all defendants are dismissed with prejudice. Motions, № 39 & 43, granted. Motion, № 42, denied. The Final Scheduling Order remains in effect.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2014