IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON; BETHANY WALKER;
BELINDA WALKER; and JAMES WALKER　　　　　　　　PLAINTIFFS

v.　　　　　　　　No. 2:13-cv-84-DPM

ULESS WALLACE, DALE ACOSTA,
TRAVIS WALLACE, and HERMAN HALL,
all individually and in their official capacities,
and HELENA REGIONAL MEDICAL CENTER　　　　　　DEFENDANTS

ORDER

The Court dismissed all of Anderson's claims. № 49. He was the only plaintiff with a claim against Helena Regional, a fact the Court inadvertently failed to note. Helena Regional is therefore dismissed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2015