IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON; BETHANY WALKER;
BELINDA WALKER; and JAMES WALKER                      PLAINTIFFS

v.                    No. 2:13-cv-84-DPM

ULESS WALLACE, DALE ACOSTA,
TRAVIS WALLACE, and HERMAN HALL,
all individually and in their official capacities      DEFENDANTS

ORDER

Motion to dismiss, № 77, granted. All of Covington's and the Walkers' claims against Chief Uless Wallace, Officer Travis Wallace, and Officer Hall are dismissed with prejudice. The only claims remaining are Covington's and the Walkers' individual-capacity claims against Acosta. Motion in limine, № 71, denied without prejudice as moot. Motion for a damages hearing, № 77, granted as modified. The Court regrets that it cannot proceed today or tomorrow as requested. The Court's staff will be in touch about possible dates.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2015