IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON; BETHANY WALKER;
BELINDA WALKER; and JAMES WALKER                         PLAINTIFFS

v.                      No. 2:13-cv-84-DPM

DALE ACOSTA, Individually                                DEFENDANT

ORDER

Plaintiffs' motion to dismiss, № 94, is granted. Because the remaining parties have settled, Plaintiffs do not have to file an affidavit from Chalk Mitchell. Acosta's motion to set aside the default, № 84, is denied without prejudice as moot. The Court will enter judgment and retain jurisdiction for sixty days to enforce the settlement agreement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 July 2015