IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON; BETHANY WALKER;
GARY ANDERSON; BELINDA WALKER;
and JAMES WALKER                                                     PLAINTIFFS

v.                                 No. 2:13-cv-84-DPM

ULESS WALLACE, Individually and in
his Official Capacity; DALE ACOSTA, Individually
and in his Official Capacity; TRAVIS WALLACE,
Individually and in his Official Capacity; HERMAN
HALL, Individually and in his Official Capacity;
HOWARD WOODWARD, Individually and in
his Official Capacity; and HELENA REGIONAL
MEDICAL CENTER                                                       DEFENDANTS

JUDGMENT

1. All of Anderson's claims are dismissed with prejudice.

2. Covington's and the Walkers' claims against Woodward are dismissed without prejudice.

3. Covington's and the Walkers' claims against Hall and Travis Wallace are dismissed with prejudice.

4. Covington's and the Walkers' claims against Uless Wallace are dismissed with prejudice.

5. Covington's and the Walkers' claims against Acosta are dismissed

with prejudice. The Court retains jurisdiction to enforce the Acosta settlement until 11 September 2015.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2015